UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIE CHRISTIAN | CIVIL ACTION |
| VERSUS | NO. 24-2423 |
| OAKDALE POLICE DEPT., ET AL. | SECTION "T"(4) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 4), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Willie Christian's 42 U.S.C. § 1983 civil rights complaint be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. Proc. 41(b).

New Orleans, Louisiana, this 10th day of January, 2025.

_____
**UNITED STATES DISTRICT JUDGE**